IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRUM & FORSTER SPECIALTY INSURANCE COMPANY,<br><br>          *Plaintiff,*<br><br>  v.<br><br>DETECT TANK SERVICES, LLC, MOTT TANK INSPECTION, INC., ALDEN AYERS, and DEBORAH AYERS,<br><br>          *Defendants.* | CIVIL ACTION<br>NO. 22-542 |

## ORDER

**AND NOW**, this 21st day of March 2023, upon consideration of Plaintiff's Motion for Judgment on the Pleadings (ECF 28), Defendants' Motion for Partial Judgment on the Pleadings (ECF 27), and both parties' Responses (ECF 29, 30), it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED** and Defendants' Motion is **DENIED**.

**JUDGMENT IS ENTERED** in favor of Plaintiff and against Defendants. The Clerk of Court shall mark this case as **CLOSED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.